■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARL B. ROBINSON, III, Appellant, v HUBERT STECKARD, as Superintendent of Groveland Correctional Facility, Respondent.—Judgment unanimously affirmed for reasons stated in decision at Supreme Court, Cicoria, J. (Appeal from Judgment of Su-

preme Court, Livingston County, Cicoria, J.—Habeas Corpus.) Present—Denman, J. P., Boomer, Lawton, Lowery and Davis, JJ.